AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

ADR

E-FILING

PROJECT SENTINEL, et al. (complete list attached)

Plaintiff

v.

THE FEIRMAN CORP. et al. (complete list attached)

Defendant

Civil Action No. **C 08  02486  HRL**

## Summons in a Civil Action

To:    THE RIF FAMILY PARTNERSHIP, L.P.

(Defendant's name)

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Liza Cristol-Deman, Brancart & Brancart, P.O. Box 686, Pescadero, CA  94060

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    **MAY 1 5 2008**

Richard W. Wieking

Name of clerk of court

**Tiffany Salinas-Harwell**

Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

## ATTACHMENT TO SUMMONS IN A CIVIL ACTION

PROJECT SENTINEL, a California    )
Nonprofit Corporation; MICHAEL    )
BAKER; and, SARAH BAKER;    )
individually and on behalf of the    )
GENERAL PUBLIC,    )
)
)
)
Plaintiffs,    )
)
vs.    )
)
THE FEIRMAN CORPORATION, a    )
California Corporation; THE RIF    )
FAMILY PARTNERSHIP, L.P.;    )
ROBERT FEIRMAN, as General    )
Partner of the RIF Family Partner-    )
ship, L.P.; and, DON PHELPS;    )
)
_____Defendants._____)

✎ AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .


Date:    _____


_____
Server's signature


_____
Printed name and title


_____
Server's address