```
1   BRANCART & BRANCART
        Christopher Brancart (SBN 128475)
2       Liza Cristol-Deman (SBN 190516)
    Post Office Box 686
3   Pescadero, CA 94060
    Tel:   (650) 879-0141
4   Fax:   (650) 879-1103
    cbrancart@brancart.com
5   lcristoldeman@brancart.com

6   Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PROJECT SENTINEL, a California Nonprofit Corporation; MICHAEL BAKER; and, SARAH BAKER; individually and on behalf of the GENERAL PUBLIC,<br><br>Plaintiffs,<br><br>vs.<br><br>THE FEIRMAN CORPORATION, a California Corporation; THE RIF FAMILY PARTNERSHIP, L.P.; ROBERT FEIRMAN, as General Partner of the RIF Family Partnership, L.P.; and, DON PHELPS;<br><br>**Defendants.** | Case No. C-08-02486 HRL<br><br>PROOF OF SERVICE OF SUMMONS AND COMPLAINT AND RELATED DOCUMENTS ON DEFENDANT DON PHELPS |

Attached hereto is a true and correct copy of the proof of service of the summons and complaint and related documents on defendant Don Phelps.

Dated: May 23, 2008.

Respectfully submitted,

BRANCART & BRANCART

*/s/ Liza Cristol-Deman*
Liza Cristol-Deman
Attorneys for Plaintiffs

---

PROOF OF SERVICE OF SUMMONS AND COMPLAINT AND RELATED DOCUMENTS ON DEFENDANT DON PHELPS; CASE NO. C-08-02486 HRL

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| Liza Cristol-Deman, 190516<br>BRANCART & BRANCART<br>P.O. Box 686<br>Pescadero, CA 94060 | (650) 879-0141 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Phelps | |

Insert name of court, judicial district or branch court, if any:

United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:
Project Sentinel et al.

DEFENDANT:
Feirman Corp et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C-08-02486 HRL |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons in a Civil Action, Complaint for Monetary, Declaratory and Injunctive Relief; Certification of Interested Entities or Persons; Order Setting Initial Case Management Conference and ADR deadlines; Standing Order Re: Initial Case Management and Discovery Disputes; Standing Order for all Judges of N.D. Cal., Dispute Resolution Procedures in the Northern District of California, Consent to Proceed before a U.S. Magistrate Judge, ADR Package

2. Party Served:                Don Phelps

3. Person Served:               party in item 2

4. Date & Time of Delivery:     5/21/2008          11:20 AM

5. Address, City and State:     340 Ventura Ave, Apt. 7
                                Palo Alto, CA 94306

6. Manner of Service:           Personal Service - By personally delivering copies.

BY FAX

Fee for Service: $ 64.00

Registered California process server.
County: ALAMEDA
Registration No.:1050

Wantaregh -
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 5/22/2008 at Oakland, California.

Signature: _____
                    Wantaregh -

FF# 6662788