```
 1  BRANCART & BRANCART
       Christopher Brancart (SBN 128475)
 2     Liza Cristol-Deman (SBN 190516)
    Post Office Box 686
 3  Pescadero, CA 94060
    Tel:   (650) 879-0141
 4  Fax:   (650) 879-1103
    cbrancart@brancart.com
 5  lcristoldeman@brancart.com

 6  Attorneys for Plaintiffs
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| PROJECT SENTINEL, a California Nonprofit Corporation; et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>THE FEIRMAN CORPORATION, a California Corporation; THE RIF FAMILY PARTNERSHIP, L.P.; ROBERT FEIRMAN, as General Partner of the RIF Family Partnership, L.P.; and, DON PHELPS;<br><br>　　　　**Defendants.** | Case No. C-08-02486 HRL<br><br>PROOF OF SERVICE OF SUMMONS AND COMPLAINT AND RELATED DOCUMENTS ON DEFENDANTS THE FEIRMAN CORPORATION, THE RIF FAMILY PARTNERSHIP, L.P., AND ROBERT FEIRMAN, AS GENERAL PARTNER OF THE RIF FAMILY PARTNERSHIP, L.P. |

　　　　Attached hereto are true and correct copies of the proofs of service of the summons and complaint and related documents on defendants the Feirman Corporation, the RIF Family Partnership, L.P., and Robert Feirman, as General Partner of the RIF Family Partnership, L.P.

　　　　Dated: May 30, 2008.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　BRANCART & BRANCART

　　　　　　　　　　　　　　　　　　/s/ Liza Cristol-Deman
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Liza Cristol-Deman
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

---

PROOF OF SERVICE OF SUMMONS AND COMPLAINT AND RELATED DOCUMENTS ON DEFENDANTS THE FEIRMAN CORPORATION, ETC.; CASE NO. C-08-02486 HRL



| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>Liza Cristol-Deman, 190516<br>BRANCART & BRANCART<br>P.O. Box 686<br>Pescadero, CA 94060 | TELEPHONE NO.:<br>(650) 879-0141 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Phelps | |
| Insert name of court, judicial district or branch court, if any:<br>United States District Court<br>280 S. First St. #2112<br>San Jose, CA 95113-3008 | | |
| PLAINTIFF:<br>Project Sentinel et al. | | |
| DEFENDANT:<br>Feirman Corp et al. | | |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C-08-02486 HRL |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons in a Civil Action, Complaint for Monetary, Declaratory and Injunctive Relief; Certification of Interested Entities or Persons, Order Setting Initial Case Management Conference and ADR deadlines; See Attachment

2. Party Served:        The Feirman Corporation

3. Person Served:       Robert Feirman - Person authorized to accept service of process

4. Date & Time of Delivery:   5/23/2008      6:16 PM

5. Address, City and State:   21 Woodhill Drive
                              Redwood City, CA 94061

6. Manner of Service:   Personal Service - By personally delivering copies.

BY FAX

Fee for Service: $ 88.00

Registered California process server.
County: ALAMEDA
Registration No.: 1050

Wantaregh -
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 5/29/2008 at Oakland, California.

Signature: _____

Wantaregh -

FF# 6662780

Attachment:

Standing Order Re: Initial Case Management and Discovery Disputes; Standing Order for all Judges of N.D. Cal., Dispute Resolution Procedures in the Northern District of California, Consent to Proceed before a U.S. Magistrate Judge, ADR Package

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Liza Cristol-Deman, 190516<br>BRANCART & BRANCART<br>P.O. Box 686<br>Pescadero, CA 94060 | (650) 879-0141 | |
| ATTORNEY FOR *(Name)*: Plaintiff | Ref. No. or File No.<br>Phelps | |

Insert name of court, judicial district or branch court, if any:

United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:

Project Sentinel et al.

DEFENDANT:

Feirman Corp et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C-08-02486 HRL |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons in a Civil Action, Complaint for Monetary, Declaratory and Injunctive Relief; Certification of Interested Entities or Persons, Order Setting Initial Case Management Conference and ADR deadlines; Standing Order Re: Initial Case Management and Discovery Disputes; Standing Order for all Judges of N.D. Cal., Dispute Resolution Procedures in the Northern District of California, Consent to Proceed before a U.S. Magistrate Judge, ADR Package

2. Party Served:         RIF Family Partnership, LP

3. Person Served:        Robert Feirman - Person authorized to accept service of process

4. Date & Time of Delivery:   5/23/2008          6:16 PM

5. Address, City and State:   21 Woodhill Dr.
                              Redwood City, CA 94061

6. Manner of Service:    Personal Service - By personally delivering copies.

**BY FAX**

Fee for Service: $ 80.00

Registered California process server.
County: ALAMEDA
Registration No.: 1050

Wantaregh -
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 5/29/2008 at Oakland, California.

Signature: _____
           Wantaregh -

FF# 6662781

| | | |
|---|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name and Address):<br>Liza Cristol-Deman, 190516<br>BRANCART & BRANCART<br>P.O. Box 686<br>Pescadero, CA 94060<br>ATTORNEY FOR (Name): Plaintiff | **TELEPHONE NO.:**<br>(650) 879-0141<br><br>Ref. No. or File No.<br>Phelps | **FOR COURT USE ONLY** |

Insert name of court, judicial district or branch court, if any:

United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:

Project Sentinel et al.

DEFENDANT:

Feirman Corp et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C-08-02486 HRL |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons in a Civil Action, Complaint for Monetary, Declaratory and Injunctive Relief; Certification of Interested Entities or Persons; Order Setting Initial Case Management Conference and ADR deadlines; Standing Order Re: Initial Case Management and Discovery Disputes; Standing Order for all Judges of N.D. Cal., Dispute Resolution Procedures in the Northern District of California. Consent to Proceed before a U.S. Magistrate Judge. ADR Package

2. Party Served:           Robert Feirman, as Gen Partner of RJF

3. Person Served:

4. Date & Time of Delivery:   5/23/2008             6:16 PM

5. Address, City and State:   21 Woodhill Dr.
                              Redwood City, CA 94061

6. Manner of Service:    Personal Service - By personally delivering copies.

**BY FAX**

Fee for Service: $ 51.00

Registered California process server.
County: ALAMEDA
Registration No.:1050

Wantaregh -
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 5/29/2008 at Oakland, California.

Signature: _____

Wantaregh -

FF# 6662786