1  **PAHL & McCAY**
   A Professional Corporation
2  **Karen K. McCay, Esq.**  (State Bar No. 187664)
   **Servando R. Sandoval, Esq.** (State Bar No. 205339)
3  **Anthony J. Adair, Esq.** (State Bar No.246811)
   225 West Santa Clara Street
4  Suite 1500
   San Jose, California 95113-1752
5  Telephone No.:  (408) 286-5100
   Facsimile No.:  (408) 286-5722
6
   Attorneys for Defendant
7  THE FEIRMAN CORPORATION;
   THE RIF FAMILY PARTNERSHIP, L.P., and
8  ROBERT FEIRMAN

9              **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11                  **SAN JOSE DIVISION**

12  PROJECT SENTINEL, a California        )    Case No. C08-02486 HRL
    Nonprofit Corporation; MICHAEL        )
13  BAKER; and, SARAH BAKER;              )    **DECLARATION TO PROCEED**
    individually and on behalf of the     )    **BEFORE A MAGISTRATE**
14  GENERAL PUBLIC,                       )    **JUDGE AND REQUEST FOR**
                                          )    **REASSIGNMENT TO A UNITED**
15              Plaintiffs,               )    **STATES DISTRICT JUDGE**
                                          )
16  v.                                    )
                                          )
17  THE FEIRMAN CORPORATION, a            )
    California Corporation; THE RIF        )
18  FAMILY PARTNERSHIP, L.P.;             )
    ROBERT FEIRMAN, as General            )
19  Partner of the RIF Family Partnership,)
    L.P.; and DON PHELPS,                 )
20                                        )
                Defendants.               )
21                                        )
    _____       )
22

23       **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT**

24  **JUDGE.**

25       The undersigned parties in the above-captioned civil matter hereby decline to

26  consent to the assignment of this case to a United States Magistrate Judge for trial and

27  ///

28  ///

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

------------------                    1                    --------------------
**DECLARATION TO PROCEED BEFORE A MAGISTRATE. . .**    (Case No. C08-2486HRL)

1  disposition and hereby request the reassignment of this case to a United States District

2  Judge.

3  DATED: June 10, 2008                    PAHL & MCCAY
                                            A Professional Corporation

4

5                                          By: _____
                                               Servando R. Sandoval
6
                                            Attorneys for Defendants
7                                          THE FEIRMAN CORPORATION, THE RIF
                                            FAMILY PARTNERSHIP, L.P., ROBERT
8                                          FEIRMAN, and DON PHELPS.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

2575-002
00120618.WPD

<u>Project Sentinel v. The Feirman Corp</u>
Case No.  C08-02486 HRL

## **PROOF OF SERVICE**

State of California          )
                                     ) ss
County of Santa Clara     )

I am a citizen of the United States and an employee of the County aforesaid. I am over the age of eighteen years and not a party to the within action. My business address is 225 West Santa Clara Street, Suite 1500, San Jose, California 95113-1700. On the date mentioned below, I caused a true copy(ies) of the following document(s) to be served on the parties below using the method(s) checked:

***DECLARATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE***

on the Addressee(s) below named in said action by:

[X]     First Class Mail. I am familiar with the regular mail collection and processing practices of the business. The mail will be deposited with the United States Postal Service on the same day following ordinary business practices. I enclosed the above-mentioned document(s) in a sealed envelope with postage thereon fully prepaid in the United States Post Office mail box at San Jose, California.

[ ]     Express Mail Delivery.

[ ]     Facsimile at the fax numbers shown after each name below.

[ ]     By Personal Delivery.

[ ]     By Federal Express.

**Addressee(s):**

Christopher Brancart
Liza Cristol-Deman
Brancart & Brancart
P.O. Box 686
Pescadero, CA 94060
T: (650) 879-0141
F: (650) 879-1103

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on June 10, 2008 at San Jose, California.

_____
Andrea R. Anderson

**Pahl & McCay**
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

------------------                    1                    ------------------
**PROOF OF SERVICE**                                          (Case No.)