PAHL & McCAY
A Professional Corporation
Karen K. McCay, Esq. (State Bar No. 187664)
Servando R. Sandoval, Esq. (State Bar No. 205339)
Anthony J. Adair, Esq. (State Bar No.246811)
225 West Santa Clara Street
Suite 1500
San Jose, California 95113-1752
Telephone No.: (408) 286-5100
Facsimile No.: (408) 286-5722

Attorneys for Defendant
THE FEIRMAN CORPORATION;
THE RIF FAMILY PARTNERSHIP, L.P., and
ROBERT FEIRMAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PROJECT SENTINEL, a California Nonprofit Corporation; MICHAEL BAKER; and, SARAH BAKER; individually and on behalf of the GENERAL PUBLIC,<br><br>Plaintiffs,<br><br>v.<br><br>THE FEIRMAN CORPORATION, a California Corporation; THE RIF FAMILY PARTNERSHIP, L.P.; ROBERT FEIRMAN, as General Partner of the RIF Family Partnership, L.P.; and DON PHELPS,<br><br>Defendants. | Case No. C08-02486 HRL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.**

The undersigned parties in the above-captioned civil matter hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and

///

///

---

1

DECLINATION TO PROCEED BEFORE A MAGISTRATE...    (Case No. C08-2486HRL)

1  disposition and hereby request the reassignment of this case to a United States District
2  Judge.

3  DATED: June 10, 2008

PAHL & MCCAY
A Professional Corporation

By: _____
Servando R. Sandoval

Attorneys for Defendants
THE FEIRMAN CORPORATION, THE RIF
FAMILY PARTNERSHIP, L.P., ROBERT
FEIRMAN, and DON PHELPS.

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

2575-002
00120618.WPD

2

**DECLINATION TO PROCEED BEFORE A MAGISTRATE...**    (Case No. C08-2486HRL)

Project Sentinel v. The Feirman Corp
Case No. C08-02486 HRL

## PROOF OF SERVICE

State of California      )
                         ) ss
County of Santa Clara    )

I am a citizen of the United States and an employee of the County aforesaid. I am over the age of eighteen years and not a party to the within action. My business address is 225 West Santa Clara Street, Suite 1500, San Jose, California 95113-1700. On the date mentioned below, I caused a true copy(ies) of the following document(s) to be served on the parties below using the method(s) checked:

***DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE***

on the Addressee(s) below named in said action by:

[X]   First Class Mail. I am familiar with the regular mail collection and processing practices of the business. The mail will be deposited with the United States Postal Service on the same day following ordinary business practices. I enclosed the above-mentioned document(s) in a sealed envelope with postage thereon fully prepaid in the United States Post Office mail box at San Jose, California.

[ ]   Express Mail Delivery.

[ ]   Facsimile at the fax numbers shown after each name below.

[ ]   By Personal Delivery.

[ ]   By Federal Express.

**Addressee(s):**

Christopher Brancart
Liza Cristol-Deman
Brancart & Brancart
P.O. Box 686
Pescadero, CA 94060
T: (650) 879-0141
F: (650) 879-1103

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on June 10, 2008 at San Jose, California.

Andrea R. Anderson

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

2575-002
00120258.WPD

------------------   1   ------------------

**PROOF OF SERVICE**                                                   (Case No.)