UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Project Sentinel, a California Nonprofit corporation, et.al.,

    Plaintiffs,

v.

The Feirman Corporation, a California corporation, et.al.,

    Defendants.
_____/

No. C08-02486

**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

    PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for September 2, 2008 at 1:30 pm. before the Honorable Judge Howard R. Lloyd has been continued to **September 22, 2008 at 10:00 a.m.**, before the Honorable Judge James Ware.  Parties are to appear in courtroom #8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a Joint Case Management Statement on September 8, 2008.

    If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356, so as to take this matter off calendar.

Dated: June 11, 2008                          RICHARD W. WIEKING, Clerk
                                                United States District Court

                                                /s/*Patty Cromwell*
                                                By: Patty Cromwell
                                                Courtroom Deputy Clerk for
                                                Magistrate Judge Howard R. Lloyd

United States District Court
For the Northern District of California

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Christopher Brancart    cbrancart@brancart.com, ebrancart@brancart.com, tkayes@brancart.com

Liza Cristol-Deman    LCristolDeman@brancart.com, tkayes@brancart.com

Servando R. Sandoval    ssandoval@pahl-mccay.com