1  BRANCART & BRANCART
      Christopher Brancart (SBN 128475)
2     Liza Cristol-Deman (SBN 190516)
   Post Office Box 686
3  Pescadero, CA 94060
   Tel:   (650) 879-0141
4  Fax:   (650) 879-1103
   cbrancart@brancart.com
5  lcristoldeman@brancart.com

6  Attorneys for Plaintiffs

7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| PROJECT SENTINEL, a California Nonprofit Corporation; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE FEIRMAN CORPORATION, a California Corporation; THE RIF FAMILY PARTNERSHIP, L.P.; ROBERT FEIRMAN, as General Partner of the RIF Family Partnership, L.P.; and, DON PHELPS; <br><br> **Defendants.** | Case No. C-08-02486 JW <br><br> CERTIFICATE OF SERVICE OF FIRST AMENDED COMPLAINT FOR MONETARY, DECLARATORY & INJUNCTIVE RELIEF |

I am employed in the County of San Mateo, State of California. I am over the age of 18 and not a party to the within action; my business address is 8205 Pescadero Road, Loma Mar, California 94021.

On June 17, 2008, I served **FIRST AMENDED COMPLAINT FOR MONETARY, DECLARATORY AND INJUNCTIVE RELIEF** on counsel of record for all defendants in this action by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid for U.S. Mail, in the United States mail at Loma Mar, California, addressed as follows:

Karen K. McCay, Servando R. Sandoval, and Anthony J. Adair; Pahl & McCay,
225 West Santa Clara Street, Suite 1500, San Jose, CA 95113-1752.

---

**CERTIFICATE OF SERVICE OF FIRST AMENDED COMPLAINT FOR MONETARY, DECLARATORY & INJUNCTIVE RELIEF ON DEFENDANTS; CASE NO. C-08-02486 JW**

1

1     I also served the same document via electronic mail to the email addresses of
2 defendants' counsel on record in this case, as follows:
3     ssandoval@pahl-mccay.com , KMcCay@pahl-gosselin.com.
4     I declare under penalty of perjury that the foregoing is true and correct.
5     Executed on June 17, 2008, at Loma Mar, California.

_____
Liza Cristol-Deman
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE OF FIRST AMENDED COMPLAINT FOR MONETARY, DECLARATORY & INJUNCTIVE RELIEF ON DEFENDANTS; CASE NO. C-08-02486 JW**

2