

257PAHL & McCAY
A Professional Corporation
**Karen K. McCay, Esq.** (State Bar No. 187664)
**Servando R. Sandoval, Esq.** (State Bar No. 205339)
225 West Santa Clara Street, Suite 1500
San Jose, California 95113-1752
Telephone No.: (408) 286-5100
Facsimile No.: (408) 286-5722

Attorneys for Defendants
THE FEIRMAN CORPORATION; THE RIF FAMILY
PARTNERSHIP, L.P., and DON PHELPS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| PROJECT SENTINEL, a California Nonprofit Corporation; MICHAEL BAKER; and, SARAH BAKER; individually and on behalf of the GENERAL PUBLIC,<br><br>Plaintiffs,<br><br>v.<br><br>THE FEIRMAN CORPORATION, a California Corporation; THE RIF FAMILY PARTNERSHIP, L.P.; and, DON PHELPS,<br><br>Defendants.<br>_____ | Case No. C08-02486 HRL<br><br>**ANSWER OF DEFENDANTS THE FEIRMAN CORPORATION, THE RIF FAMILY PARTNERSHIP, L.P., AND DON PHELPS TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Defendants THE FEIRMAN CORPORATION, THE RIF FAMILY

PARTNERSHIP, L.P., and DON PHELPS (hereinafter referred to collectively as

"Defendants") hereby answer the First Amended Complaint of Plaintiffs PROJECT

SENTINEL, MICHAEL BAKER, and SARAH BAKER (hereinafter referred to collectively

as "Plaintiffs") as follows:

     1.    Defendants admit the allegations of Paragraphs 8, 9, 22 and 49 of Plaintiffs'

Complaint.

     2.    Defendants deny each and every, generally and specifically, all and

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

2575-002
00122403.WPD

1

**ANSWER TO FIRST AMENDED COMPLAINT. . .**

(Case No. C08-2486HRL)

singularly, the allegations contained in paragraphs 1, 12, 13, 14, 21, 24, 25, 46, 48, 53, 54, 55, 56, 57, 58, 60, 62, 64, 66 and 68 of Plaintiffs' Complaint.

3.    Defendants lack sufficient information and belief with respect to the allegations contained in Paragraphs 5, 16, 19, 20, 23, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 50, 51 and 52 of Plaintiffs' Complaint, and on that basis deny each and every, generally and specifically, all and singularly, the allegations of said paragraphs.

4.    Paragraphs 59, 61, 63, 65 and 67 of Plaintiffs' Complaint are not charging, but to the extent necessary, Defendants deny each and every, generally and specifically, all and singularly, the allegations contained therein.

5.    With regard to Plaintiffs' Prayer for Relief, Defendants deny that such relief is either appropriate or justified in the circumstances of this case.

6.    Answering paragraph 2 of Plaintiffs' Complaint, Defendants admit that Defendant THE RIF FAMILY PARTNERSHIP, L.P. is the Owner of the Alto Riviera Apartments.  Defendants deny each and every remaining material allegation contained within paragraph 2 of Plaintiffs' Complaint.

7.    Answering paragraph 3 of Plaintiffs' Complaint, Defendants admit that jurisdiction is proper in this Court.  Defendants deny each and every remaining material allegation contained within paragraph 3 of Plaintiffs' Complaint.

8.    Answering paragraph 4 of Plaintiffs' Complaint, Defendants admit that venue is proper in this Court.  Defendants deny each and every remaining material allegation contained within paragraph 4 of Plaintiffs' Complaint.

9.    Answering paragraph 6 of Plaintiffs' Complaint, Defendants admit that Plaintiff MICHAEL BAKER is a former tenant at the Alto Riviera Apartments, unit # 17, commencing on or about December 15, 2006 and ending on or about October 30, 2007. Defendants deny each and every remaining material allegation contained within paragraph 6 of Plaintiffs' Complaint.

10.    Answering paragraph 7 of Plaintiffs' Complaint, Defendants admit that

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

2575-002
00122403.WPD

-------------------                    2                    -------------------
**ANSWER TO FIRST AMENDED COMPLAINT. . .**                    (Case No. C08-2486HRL)

1   Plaintiff SARAH BAKER is a former tenant at the Alto Riviera Apartments, unit # 17,

2   commencing on or about December 15, 2006 and ending on or about October 30, 2007.

3   Defendants deny each and every remaining material allegation contained within paragraph 7

4   of Plaintiffs' Complaint.

5          11.    Answering paragraph 10 of Plaintiffs' Complaint, Defendants admit that

6   Robert Feirman is an officer of Defendant THE FEIRMAN CORPORATION.  Defendants

7   deny each and every remaining material allegation contained within paragraph 10 of

8   Plaintiffs' Complaint.

9          12.    Answering paragraph 11 of Plaintiffs' Complaint, Defendants admit that

10  Defendant DON PHELPS was the resident manager of the Alto Riviera Apartments during

11  the relevant times.  Defendants deny each and every remaining material allegation contained

12  within paragraph 11 of Plaintiffs' Complaint.

13         13.    Answering paragraph 15 of Plaintiffs' Complaint, Defendants admit that

14  Plaintiffs signed a one-year lease for the rental of apartment number 17 at the Alto Riviera

15  Apartments on or about December 15, 2006.  Defendants deny each and every remaining

16  material allegation contained within paragraph 15 of Plaintiffs' Complaint.

17         14.    Answering paragraph 17 of Plaintiffs' Complaint, Defendants admit that

18  Plaintiffs informed Defendants that they would be vacating their unit prior to the expiration

19  of their lease term.  Defendants deny each and every remaining material allegation contained

20  within paragraph 17 of Plaintiffs' Complaint.

21         15.    Answering paragraph 18 of Plaintiffs' Complaint, Defendants admit that

22  Defendant DON PHELPS provided Plaintiffs with two options relating to finding a

23  replacement tenant.  Defendants deny each and every remaining material allegation

24  contained within paragraph 18 of Plaintiffs' Complaint.

25         16.    Answering paragraph 47 of Plaintiffs' Complaint, Defendants admit that

26  Plaintiff MICHAEL BAKER contacted counsel for Defendant THE FEIRMAN

27  CORPORATION.  Defendants deny each and every remaining material allegation contained

28  within paragraph 47 of Plaintiffs' Complaint.

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

2575-002
00122403.WPD

-------------------                    3                    -------------------
**ANSWER TO FIRST AMENDED COMPLAINT. . .**                    (Case No. C08-2486HRL)

## AFFIRMATIVE DEFENSES

In further response to the Complaint, and as separate and distinct affirmative defenses, these answering Defendants allege as follows:

AS AND FOR A FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that Plaintiffs' Complaint, and each cause of action therein, fails to state facts sufficient to constitute any valid cause of action.

AS AND FOR A SECOND, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that Plaintiffs' Complaint is barred by the applicable statute of limitation, including but not limited to, those enumerated in California Code of Civil Procedure Sections 312 through 365, 42 U.S.C. §3613, California Civil Code Section 52, California Civil Code Section 54 and 55, and Government Code §12989.1

AS AND FOR A THIRD, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that the relief sought by Plaintiffs is barred due to the acts, conduct, and omissions of Plaintiffs which constitute waiver.

AS AND FOR A FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that the relief sought by Plaintiffs is barred due to the acts, conduct, and omissions of Plaintiffs which constitute estoppel.

AS AND FOR A FIFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that the relief sought by Plaintiffs is barred due to the acts, conduct, and omissions of Plaintiffs which constitute laches.

AS AND FOR A SIXTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that the relief sought by Plaintiffs is barred due to the acts, conduct, and omissions of Plaintiffs which constitute unclean hands.

AS AND FOR A SEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that any of Defendants' conduct toward Plaintiffs was justified and privileged.

AS AND FOR AN EIGHTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that Plaintiffs had no probable cause for

**Pahl & McCay**
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

2575-002
00122403.WPD

4

**ANSWER TO FIRST AMENDED COMPLAINT. . .**    (Case No. C08-2486HRL)

bringing any action against these answering Defendants.

AS AND FOR A NINTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that Plaintiff's Complaint, and each cause of action thereof, are barred in whole or in part because Plaintiffs have sustained no injury or damage by reason of acts or omissions of these Defendants.

AS AND FOR A TENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that Plaintiffs' Complaint is barred because Plaintiffs failed to exhaust their administrative remedies.

AS AND FOR AN ELEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that Plaintiffs' Complaint, and each cause of action therein, is barred to the extent that the claim of discrimination by Plaintiffs relies on allegations which were not contained in a timely charge(s) filed with the United States Housing & Urban Development or the California Department of Fair Employment & Housing.

AS AND FOR A TWELFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that Plaintiffs' causes of action are barred in that Plaintiffs did not suffer emotional distress to such substantial quantity or induced quality that no reasonable man in a civilized society should be expected to endure.

AS AND FOR A THIRTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that Plaintiffs' Complaint violates Defendants' right to protection from excessive fines as provided in the Eighth Amendment to the U.S. Constitution and Article I, Section 6 of the Constitution of the State of California and therefore fails to state a cause of action upon which punitive or exemplary damages may be awarded.

AS AND FOR A FOURTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that Plaintiffs' Complaint violates Defendants' right to due process as provided in the Fifth and Fourteenth Amendments to the U.S. Constitution and Article I, Section 13 of the Constitution of the State of California and

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

2575-002
00122403.WPD

**ANSWER TO FIRST AMENDED COMPLAINT. . .**                    (Case No. C08-2486HRL)

1    therefore fails to state a cause of action upon which punitive or exemplary damages may be

2    awarded.

3         AS AND FOR A FIFTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE

4    DEFENSE, these answering Defendants allege that the punitive damages sought by

5    Plaintiffs is barred because there is no allegation of sufficient facts to warrant an award of

6    punitive damages.

7         AS AND FOR A SIXTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE

8    DEFENSE, these answering Defendants allege that Plaintiffs' Complaint is barred because

9    Defendants' actions, if any, were taken for justified business purposes.

10        AS AND FOR A SEVENTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE

11   DEFENSE, these answering Defendants allege that Plaintiffs' request for relief as stated in

12   the Complaint is neither appropriate nor justified in the circumstances of this case.

13        AS AND FOR AN EIGHTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE

14   DEFENSE, these answering Defendants allege that the Plaintiffs' Complaint and each cause

15   of action contained therein, is barred in that any and all conduct by Defendants about which

16   Plaintiffs complain was a just and proper exercise of management discretion justified by

17   legitimate nondiscriminatory business purpose or necessity regulated by good faith under the

18   circumstances then existing and carried out in a reasonable manner.

19        AS AND FOR A NINETEENTH, SEPARATE AND DISTINCT AFFIRMATIVE

20   DEFENSE, these answering Defendants state that the Complaint, and each cause of action

21   contained therein, is barred in that any and all conduct about which Plaintiffs complains was

22   taken for legitimate, nondiscriminatory reasons not prohibited by law.

23        AS AND FOR A TWENTIETH, SEPARATE AND DISTINCT AFFIRMATIVE

24   DEFENSE, these answering Defendants state that Plaintiffs' Complaint, and each cause of

25   action contained therein, is barred, in whole or in part, in that any legally recoverable

26   damages suffered by Plaintiffs, if any, were not proximately caused by any act or omission

27   of Defendant.

28        WHEREFORE, Defendants THE FEIRMAN CORPORATION, THE RIF FAMILY

**Pahl & McCay**
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

2575-002
00122403.WPD

**ANSWER TO FIRST AMENDED COMPLAINT. . .**                    (Case No. C08-2486HRL)

PARTNERSHIP, L.P., and DON PHELPS, pray as follows:

1.    That Plaintiffs take nothing by way of their Complaint and that the Complaint be dismissed in its entirety with prejudice;

2.    For cost of suit incurred herein, including attorneys' fees as appropriate; and

3.    For such other and further relief as the court deems just and proper.

DATED:June 27, 2008

PAHL & MCCAY
A Professional Corporation

By: _____
Servando R. Sandoval

Attorneys for Defendants
THE FEIRMAN CORPORATION, THE RIF
FAMILY PARTNERSHIP, L.P., and DON
PHELPS

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

2575-002
00122403.WPD

**ANSWER TO FIRST AMENDED COMPLAINT. . .**

(Case No. C08-2486HRL)

Project Sentinel v. The Feirman Corp
Case No.  C08-02486 HRL

## PROOF OF SERVICE

State of California            )
                               ) ss
County of Santa Clara          )

      I am a citizen of the United States and an employee of the County aforesaid.  I am over the age of eighteen years and not a party to the within action.  My business address is 225 West Santa Clara Street, Suite 1500, San Jose, California 95113-1700.  On the date mentioned below, I caused a true copy(ies) of the following document(s) to be served on the parties below using the method(s) checked:

*ANSWER OF DEFENDANTS THE FEIRMAN CORPORATION, THE RIF FAMILY PARTNERSHIP, L.P., AND DON PHELPS TO PLAINTIFFS' FIRST AMENDED COMPLAINT*

on the Addressee(s) below named in said action by:

    [X]    First Class Mail.  I am familiar with the regular mail collection and processing practices of the business.  The mail will be deposited with the United States Postal Service on the same day following ordinary business practices.  I enclosed the above-mentioned document(s) in a sealed envelope with postage thereon fully prepaid in the United States Post Office mail box at San Jose, California.

    [ ]    Express Mail Delivery.

    [ ]    Facsimile at the fax numbers shown after each name below.

    [ ]    By Personal Delivery.

    [ ]    By Federal Express.

### Addressee(s):

Christopher Brancart
Liza Cristol-Deman
Brancart & Brancart
P.O. Box 686
Pescadero, CA 94060
T: (650) 879-0141
F: (650) 879-1103

      I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.  Executed on June 27, 2008 at San Jose, California.

_____
Andrea R. Anderson

**Pahl & McCay**
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

2575-002
00120258.WPD

------------------

**PROOF OF SERVICE**

1

------------------

(Case No.)