UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Project Sentinel et al.

                Plaintiff(s),

       v.

The Feirman Corp. et al.

                Defendant(s).
_____/

Case No. C 08-02486 JW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 7/11/08

[Party] Michael Baker, Plaintiff

Dated: 7/11/08

[Counsel] Liza Cristol-Deman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Project Sentinel et al.

               Plaintiff(s),

Case No. C 08-02486 JW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

The Feirman Corp. et al.

               Defendant(s).

_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 7/9/08

                                         [Party] Sarah Baker, plaintiff

Dated: _____

                                         [Counsel]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Project Sentinel et al.

          Plaintiff(s),

v.

The Feirman Corp. et al.

          Defendant(s).
_____/

Case No. C 08-02486 JW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 7/1/08

[Party] Ann Marquart, for Plaintiff Project Sentinel

Dated: _____

[Counsel]