1  **PAHL & MCCAY**
   A Professional Corporation
2  **Karen K. McCay, Esq.** (State Bar No. 187664)
   **Servando R. Sandoval, Esq.** (State Bar No. 205339)
3  225 West Santa Clara Street
   Suite 1500
4  San Jose, California 95113-1752
   Telephone No.: (408) 286-5100
5  Facsimile No.: (408) 286-5722

6  Attorneys for Defendants
   THE FEIRMAN CORPORATION, THE RIF FAMILY PARTNERSHIP, L.P.,
7  and DON PHELPS.

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

| | |
|---|---|
| 11  PROJECT SENTINEL, a California Nonprofit Corporation; MICHAEL BAKER; and, SARAH BAKER; individually and on behalf of the GENERAL PUBLIC, | Case No. C-08-02486 JW |
| 12 | |
| 13 | **DEFENDANTS' CERTIFICATION OF INTERESTED PARTIES** |
| 14         Plaintiffs, | |
| 15  v. | |
| 16  THE FEIRMAN CORPORATION, a California Corporation; THE RIF FAMILY PARTNERSHIP, L.P., and, DON PHELPS, | |
| 17 | |
| 18 | |
| 19         Defendants. | |

20      Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date,

21  other than the named parties, there is no such interest to report.

22  DATED: August 7, 2008        PAHL & MCCAY
                                  A Professional Corporation
23

24                                By: _____
                                      Servando R. Sandoval
25
                                  Attorneys for Defendants
26                                THE FEIRMAN CORPORATION, THE RIF
                                  FAMILY PARTNERSHIP, L.P., and DON
27                                PHELPS.

28

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

2575/001
00119786.WPD.1

-------------------                     1                     -------------------
CERTIFICATION OF INTERESTED PARTIES                           (Case No. C-08-02486 JW)