# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Project Sentinel, et al.

    **Plaintiff(s),**

v.

The Feirman Corporation, et al.

    **Defendant(s).**

_____/

Case No. C-08-02486 JW

**ADR CERTIFICATION BY PARTIES
AND COUNSEL**

  Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

  **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

  **(2)** Discussed the available dispute resolution options provided by the Court and private entities: and

  **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: August 8, 2008

Dated: August 8, 2008

RIF Family Partnership
_____
[Party] By: The Feirman Corporation G.P.
, President
Robert Feirman

Servando R. Sandoval
_____
[Counsel]