UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Project Sentinel, et al.

          Plaintiff(s),

v.

The Feirman Corporation, et al.

          Defendant(s).
_____/

Case No. C-08-02486 JW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

      (2) Discussed the available dispute resolution options provided by the Court and private entities: and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: August __, 2008

Dated: August __, 2008

Feirman Corporation
_____
[Party] By: _____ President
      ROBERT FEIRMAN

Servando R. Sandoval
_____
[Counsel]