UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Project Sentinel, et al.

               Plaintiff(s),

v.

The Feirman Corporation, et al.

               Defendant(s).
_____/

Case No. C-08-02486 JW

ADR CERTIFICATION BY PARTIES AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: August 8, 2008

*[signature: Don Phelps]*
Don Phelps
[Party]

Dated: August 8, 2008

*[signature: Servando R. Sandoval]*
Servando R. Sandoval
[Counsel]