UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Project Sentinel et al.

CASE NO. C-08-02486 JW

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

The Feirman Corporation et al.

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

      have not yet reached an agreement to an ADR process

✓    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference September 22, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Liza Cristol-Deman | Plaintiffs | 650-879-1183 or 0141 | lcristoldeman@brancart.com |
| Servando R. Sandoval | Defendants | 408-918-2829 | ssandoval@pahl-mccay.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: July 9, 2008

_____
Attorney for Plaintiff

Dated: July 9, 2008

_____
Attorney for Defendant

Rev 12.05