IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Project Sentinel, et al., | NO. C 08-02486 JW |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | **RE: SETTLEMENT** |
| The Feirman Corporation, et al., | |
| Defendants. | |

On May 4, 2009, the parties informed the Court that the above-entitled matter has reached a settlement. In light of the settlement, the Court vacates all trial and pretrial dates. On or before **June 12, 2009**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **June 22, 2009 at 9 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **June 12, 2009**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

1       Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: May 18, 2009

                                            JAMES WARE
                                            United States District Judge

**United States District Court**
For the Northern District of California

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher Brancart cbrancart@brancart.com
Karen K. McCay KmcCay@pahl-gosselin.com
Liza Cristol-Deman LcristolDeman@brancart.com
Servando R. Sandoval ssandoval@pahl-mccay.com

**Dated: May 18, 2009**                                **Richard W. Wieking, Clerk**

                                                  **By:       /s/ JW Chambers**
                                                        **Elizabeth Garcia**
                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California