```
1  BRANCART & BRANCART
      Christopher Brancart (SBN 128475)
2     Liza Cristol-Deman (SBN 190516)
   Post Office Box 686
3  Pescadero, CA 94060
   Tel:  (650) 879-0141
4  Fax:  (650) 879-1103
   cbrancart@brancart.com
5  lcristoldeman@brancart.com

6  Attorneys for Plaintiffs
```



IT IS SO ORDERED AS MODIFIED
Judge James Ware

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| PROJECT SENTINEL, a California Nonprofit Corporation; MICHAEL BAKER; and, SARAH BAKER; individually and on behalf of the GENERAL PUBLIC,<br><br>Plaintiffs,<br><br>vs.<br><br>THE FEIRMAN CORPORATION, a California Corporation; THE RIF FAMILY PARTNERSHIP, L.P.; and, DON PHELPS;<br><br>Defendants. | Case No. C-08-02486 JW<br><br>JOINT APPLICATION AND STIPULATION FOR DISMISSAL OF ACTION, SUBJECT TO ONGOING TERMS OF SETTLEMENT AGREEMENT; [PROPOSED] ORDER |

    The parties hereby apply for and stipulate to issuance of an order dismissing this action in its entirety with prejudice, subject to the terms of the settlement agreement and mutual release signed by the parties.

    The Settlement Agreement and Mutual Release contains non-monetary terms with which defendants are obligated to comply for a period of four years. If plaintiffs contend that defendants violate any such terms during that four year period, the parties will engage in reasonable, good faith efforts to resolve and cure the alleged violation. If they are unable to resolve the dispute, plaintiff Project Sentinel may bring a motion to reopen the case and enforce the terms of the Settlement Agreement. The parties

1 stipulate that the Court shall retain jurisdiction of this action for the purposes of
2 adjudicating a motion seeking to enforce the terms of the Settlement Agreement.
3      So stipulated.

4      Dated: ~~May~~ June 3, 2009.          BRANCART & BRANCART

6
7                                             _____
                                              Liza Cristol-Deman
8                                             Attorney for Plaintiff

9      Dated: ~~May 13~~ June 3, 2009.       PAHL & MCCAY
10
11                                            _____
                                              Servando Sandoval
12                                            Attorney for Defendants

JOINT APPLICATION AND STIPULATION FOR DISMISSAL OF ACTION, SUBJECT
TO ONGOING TERMS OF SETTLEMENT AGREEMENT - Case No. C-08-02486 JW      2

[PROPOSED] ORDER

Based upon the foregoing application and stipulation and good cause appearing therefor, it is hereby ordered that this action is dismissed in its entirety, subject to the terms of the Settlement Agreement executed by the parties. If plaintiffs contend that defendants violate any terms of the Settlement Agreement during the period of time in which the equitable terms of settlement are in effect, they may file a new action to enforce the settlement. That is, the Court declines to retain jurisdiction to enforce the parties' settlement. Any future breach of the parties' Settlement Agreement would be an ordinary breach of contract action that may be filed as a new action.

Plaintiffs' Motion for Partial Summary Judgment is DENIED as moot. (Docket Item No. 34.) The Clerk shall close this file.

Dated: June 11, 2009

_____
JAMES WARE
United States District Judge